This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Joseph Myler v. Seven Pointe Apartments, LLC

| | |
|---|---|
| Case Number | 49D13-2105-CT-017263 |
| Court | Marion Superior Court 13 |
| Type | CT - Civil Tort |
| Filed | 05/22/2021 |
| Status | 05/22/2021 , Pending (active) |

## Parties to the Case

**Defendant**  Seven Pointe Apartments, LLC

<u>Address</u>
c/o Vcorp Services, LLC
334 North Senate Avenue
Indianapolis, IN 46204

<u>Attorney</u>
Ami T Anderson
*#2760945, Lead, Retained*

LEWIS BRISBOIS BISGAARD & SMITH LLP
2211 MAIN ST
SUITE 3-2A
Highland, IN 46322
219-440-0600(W)

<u>Attorney</u>
Corban Joseph Cavanaugh
*#3518346, Retained*

2211 Main ST
STE 3-2A
Highland, IN 46322
219-440-0600(W)

**Plaintiff**    Myler, Joseph

<u>Attorney</u>
Phillip Dale Olsson
*#2941653, Retained*

KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

05/22/2021   **Case Opened as a New Filing**

05/24/2021   **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Myler, Joseph |
| File Stamp: | 05/22/2021 |

EXHIBIT D

| 05/24/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Myler, Joseph |
| | File Stamp: | 05/22/2021 |

| 05/24/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Seven Pointe Apartments, LLC | |
| | Filed By: | Myler, Joseph |
| | File Stamp: | 05/22/2021 |

| 06/04/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Ami T. Anderson | |
| | For Party: | Seven Pointe Apartments, LLC |
| | File Stamp: | 06/04/2021 |

| 06/04/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Corban J. Cavanaugh | |
| | For Party: | Seven Pointe Apartments, LLC |
| | File Stamp: | 06/04/2021 |

| 06/04/2021 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Defendant's Initial Motion for Enlargement of Time to Respond to Plaintiff's Complaint for Damages and for Jury Trial | |
| | Filed By: | Seven Pointe Apartments, LLC |
| | File Stamp: | 06/04/2021 |

| 06/09/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | That Defendant SEVEN POINTE APARTMENTS, LLC, shall have up to and including July 17, 202 1 , to file its responsive pleading herein. Signed Magistrate Jason Reyome. Parties notified. | |
| | Judicial Officer: | Reyome, Jason G - Mag |
| | Movant: | Seven Pointe Apartments, LLC |
| | Movant: | Cavanaugh, Corban Joseph |
| | Movant: | Anderson, Ami T |
| | Noticed: | Olsson, Phillip Dale |
| | Noticed: | Cavanaugh, Corban Joseph |
| | Noticed: | Anderson, Ami T |
| | Order Signed: | 06/09/2021 |

| 06/10/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 6/9/2021 : Ami T Anderson;Corban Joseph Cavanaugh;Phillip Dale Olsson | |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Myler, Joseph**

Plaintiff

**Balance Due** (as of 06/22/2021)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 05/24/2021 | Transaction Assessment | 157.00 |
| 05/24/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

49D13-2105-CT-017263
Filed: 5/22/2021 10:36 PM
Clerk
Marion Superior Court 13
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

JOSEPH MYLER

    VS.

SEVEN POINTE APARTMENTS, LLC

## **COMPLAINT FOR DAMAGES**

Comes now the plaintiff, Joseph Myler, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Seven Pointe Apartments, LLC, alleges and says:

1.    That on or about February 4, 2021, the plaintiff, Joseph Myler, was a resident of Seven Pointe Apartments located in Indianapolis, Marion County, Indiana.

2.    That on or about February 4, 2021, the plaintiff, Joseph Myler, slipped and fell on the snow and/or ice covered parking lot at said location, causing the plaintiff to suffer serious injuries.

3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his lawful use of same.

4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.    That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.    That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.   That the plaintiff has incurred medical expenses, lost wages and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:   *s/ Phillip Olsson*
      Phillip Olsson, #29416-53
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: philo@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:     *s/ Phillip Olsson*
        Phillip Olsson, #29416-53
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: philo@kennunn.com


Phillip Olsson, #29416-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

**49D13-2105-CT-017263**

Case 1:21-cv-01879-TWP-MG   Document 1-1   Filed 06/25/21   Page 7 of 14 PageID #: 11

Filed: 5/22/2021 10:36 PM

Clerk

Marion Superior Court 13

Marion County, Indiana

## APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Joseph Myler<br>2729 Barbary Lane, Apt C<br>Indianapolis, IN 46205 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Phillip Olsson #29416-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE:      812 332-9451<br>FAX:          812 331-5321<br>Email: philo@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

s/Phillip Olsson

Attorney-at-Law

(Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Joseph Myler

                  Plaintiff(s)

      VS.                                  No. _____

Seven Pointe Apartments, LLC

                  Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Seven Pointe Apartments, LLC c/o Vcorp Services, LLC, 334 North Senate Avenue, Indianpolis, IN 46204**

        You have been sued by the person(s) named "plaintiff" in the court stated above.

        The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

        You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:\_\_\_5/24/2021_____

                                    *Myla A. Eldridge*
                            CLERK, MARION CIRCUIT/SUPERIOR COURTS

PHILLIP OLSSON, #29416-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN  47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

        A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this \_\_\_\_\_ day of _____, 2021.

                                     SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

                              KEN NUNN LAW OFFICE



                             BY:\_\_\_*s/ PHILLIP OLSSON*_____
                                ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2021, and that a copy of the return of receipt was received by me on the _____ day of _____, 2021, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ _, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2021 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailiwick and summons was not served.

And I now return this writ this __ day of _____, 2021.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2021 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

**Filed: 6/4/2021 3:10 PM**
Clerk
Marion County, Indiana

**IN THE MARION COUNTY SUPERIOR COURT**

**IN RE: JOSEPH MYLER v. SEVEN POINTE APARTMENTS, LLC**

**CAUSE NO. 49D13-2105-CT-017263**

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

Party Classification:  Initiating ☐  Responding ☒  Intervening ☐

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  **SEVEN POINTE APARTMENTS, LLC**

2.      Applicable attorney information for service as required by Trial Rule 5(B) (2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | Ami T. Anderson | Atty No. | 27609-45 |
| Address: | Lewis Brisbois Bisgaard & Smith LLP | Phone: | 219.440.0600 |
| | 2211 Main Street, Suite 3-2A | FAX: | 219.440.0601 |
| | Highland, Indiana 46322 | E-mail: | Ami.Anderson@lewisbrisbois.com |

3.      There are other party members: Yes ☐ No ☒ (If yes, list on continuation page.)  All Parties listed above.

4.      If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):

5.      I will accept service by FAX at the above noted number: Yes ☐  No ☒.

6.      This case involves support issues. Yes ☐ No ☒ (If yes, supply social security numbers for all family members on continuation page.)

7.      There are related cases:  Yes ☐ No ☒ (If yes, list on continuation page.)

8.      This form has been served on all other parties.  Certificate of Service is attached: Yes ☒ No ☐

9.      Additional information required by local rule: _____

*/s/ Ami T. Anderson*
Attorney-at-Law
Attorney information shown above

**CERTIFICATE OF SERVICE**

         I certify that on the 4th day of June, 2021, a copy of the foregoing document was filed electronically via Efile.incourts.gov.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Ami T. Anderson_____

4819-2726-2701.1

**IN THE MARION COUNTY SUPERIOR COURT**

**IN RE: JOSEPH MYLER v. SEVEN POINTE APARTMENTS, LLC**

**CAUSE NO. 49D13-2105-CT-017263**

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

Party Classification:  Initiating ☐  Responding ☒  Intervening ☐

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  **SEVEN POINTE APARTMENTS, LLC**

2.  Applicable attorney information for service as required by Trial Rule 5(B) (2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | Corban J. Cavanaugh | Atty No. | 35183-46 |
| Address: | Lewis Brisbois Bisgaard & Smith LLP | Phone: | 219.440.0600 |
| | | FAX: | 219.440.0601 |
| | 2211 Main Street, Suite 3-2A | E-mail: | Corban.Cavanaugh@lewisbrisbois.com |
| | Highland, Indiana 46322 | | |

3.  There are other party members:  Yes ☐ No ☒ (If yes, list on continuation page.)  All Parties listed above.

4.  If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):

5.  I will accept service by FAX at the above noted number: Yes ☐  No ☒.

6.  This case involves support issues. Yes ☐ No ☒ (If yes, supply social security numbers for all family members on continuation page.)

7.  There are related cases:  Yes ☐ No ☒ (If yes, list on continuation page.)

8.  This form has been served on all other parties.  Certificate of Service is attached: Yes ☒ No ☐

9.  Additional information required by local rule: _____

*/s/ Corban J. Cavanaugh*
Attorney-at-Law
Attorney information shown above

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of June, 2021, a copy of the foregoing document was filed electronically via Efile.incourts.gov.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Ami T. Anderson* _____

4821-9321-3933.1

Filed: 6/4/2021 3:10 PM
Clerk
Marion County, Indiana

STATE OF INDIANA     )               IN THE MARION SUPERIOR COURT
                         ) SS:
COUNTY OF MARION    )                     INDIANAPOLIS, INDIANA

JOSEPH MYLER,                   )
                            )
        Plaintiff,             )
                            )
vs.                             )      Cause No.  49D13-2105-CT-017263
                            )
SEVEN POINTE APARTMENTS, LLC,   )
                            )
        Defendant.         )

## DEFENDANT'S INITIAL MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND FOR JURY TRIAL

COMES NOW the Defendant, SEVEN POINTE APARTMENTS, LLC ("Defendant"), pursuant to Rule 6(B) of the Indiana Rules of Trial Procedure and Marion County Local Rule 203(D), and files its Initial Motion for Enlargement of Time to Respond to Plaintiff's Complaint for Damages and for Jury Trial. In support thereof, the Defendant states as follows:

1.      Plaintiff filed his Complaint on May 22, 2021 in the above-captioned cause of action.

2.      Defendant was served with a copy of Plaintiff's Complaint on May 28, 2021. As such, Defendant's responsive pleading is currently due on or before June 17, 2021.

3.      Pursuant to Local Rule 203(D), an "[i]nitial written motion for enlargement of time pursuant to Rule TR 6(B)(1) to respond to a claim shall be automatically allowed for an additional 30 days from the original due date without a written order of the Court."

4.      Accordingly, Defendant respectfully requests an additional thirty (30)  day extension of time, up to and including July 17, 2021, to file its response to Plaintiff's Complaint.

5.      The additional time is not sought for the purpose of unnecessary delay or to prejudice any party or the Court. Defense counsel was recently retained and is still collecting the information necessary to respond.

4841-1498-5453.1

6.      The new deadline does not interfere with any deadlines or hearings set in the case.

WHEREFORE, Defendant, SEVEN POINTE APARTMENTS, LLC, herein respectfully requests that this Honorable Court enter an order granting it an extension of time, up to and including July 17, 2021 to respond to Plaintiff's Complaint for Damages and for Jury Trial.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Ami T. Anderson
       Ami T. Anderson (27609-45)
       Corban J. Cavanaugh (35183-46)
       2211 Main Street, Suite 3-2A
       Highland, IN 46322
       T:219.440.0600 | F: 219.440.0601
       Ami.Anderson@lewisbrisbois.com
       Corban.Cavanaugh@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I certify that on the 4th day of June, 2021, a copy of the foregoing document was filed electronically via Efile.incourts.gov. Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Ami T. Anderson

4841-1498-5453.1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | INDIANAPOLIS, INDIANA |

JOSEPH MYLER,                                    )
                                                 )
            Plaintiff,                           )
                                                 )
vs.                                              )    Cause No.  49D13-2105-CT-017263
                                                 )
SEVEN POINTE APARTMENTS, LLC,                    )
                                                 )
            Defendant.                           )

## ORDER GRANTING DEFENDANT'S INITIAL
## MOTION FOR ENLARGEMENT OF TIME

THIS MATTER comes to be heard on a Motion by Defendant, SEVEN POINTE APARTMENTS, LLC, for an Initial Enlargement of Time and this Court, now being duly advised in its premises, hereby GRANTS said Motion in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendant SEVEN POINTE APARTMENTS, LLC, shall have up to and including July 17, 2021, to file its responsive pleading herein.

SO ORDERED _____.

**ORDERED**

June 8, 2021

_Jason G. Reyome_

Magistrate

_____
JUDGE, MARION SUPERIOR COURT

Distribution: All Counsel of Record

4839-1622-1165.1